UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAIME TORRES and RAKESH KALRA,
Individually and on behalf of all others,

                      Plaintiffs,

        -against-

CITY OF NEW YORK, acting through the New
York City Police Department and New York City
Department of Finance, et al.,

                      Defendants.
-----------------------------------------------------------X



20 **CIVIL** 10210 (JPC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 11, 2022, Plaintiffs have failed to plausibly allege that Defendants violated their federal constitutional rights, and the Court has declined to exercise supplemental jurisdiction over the remaining state law claims. Defendants' motion to dismiss is granted and Plaintiffs' federal claims are dismissed with prejudice and their state law claims without prejudice. The Court has dismissed the federal law claims with prejudice because Plaintiffs have neither suggested how they may cure the defects nor asked for leave to amend. See Gallop v. Cheney, 642 F.3d 364, 369 (2d Cir. 2011) ("[N]o court can be said to have erred in failing to grant a request that was not made...[And] in the absence of any indication that [the plaintiff] could-- or would--provide additional allegations that might lead to a different result, the District Court did not err in dismissing [the plaintiff's] claim with prejudice." (quotations and citation omitted)); accordingly, the case is closed.

**Dated:**  New York, New York

        March 11, 2022

                                                 **RUBY J. KRAJICK**

                                                 **Clerk of Court**

                          **BY:**

                                                 **Deputy Clerk**